# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TURNER,<br><br>        Petitioner,<br><br>        v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>        Respondent. | NO. CV 09-3719 PA (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 10, 2010.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE